**Ryan J. McLellan,** OSB No. 023908
rmclellan@smithfreed.com
**Sean K. Conner**, OSB No. 132518
sconner@smithfreed.com
Smith Freed Eberhard P.C.
111 SW Columbia St., Suite 800
Portland, Oregon 97201
Telephone:    503-227-2424
Facsimile:    503-227-2535
    Attorneys for Defendant Petrochem Insulation, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **TIMOTHY LEE KAMIS** | Case No.: |
| Plaintiff, | **DEFENDANT PETROCHEM, INC'S NOTICE OF REMOVAL** |
| vs. | |
| **PETROCHEM, INC.,** | |
| Defendant. | |

## DEFENDANT'S NOTICE OF REMOVAL

Defendant Petrochem Insulation, Inc., incorrectly named as "Petrochem, Inc." (hereinafter, "PII"), by and through its attorneys, hereby removes this action — Multnomah County Circuit Court Case No. 24CV49598 — to the United States District Court for the District of Oregon, Portland Division. PII is entitled to remove this case to Federal Court because this Court has diversity jurisdiction over the underlying dispute, PII is filing this notice of removal within 30 days of receiving the complaint, and all properly served defendants consent to and join in the removal

Page 1    **DEFENDANT PETROCHEM INSULATION, INC'S
NOTICE OF REMOVAL**

SMITH FREED EBERHARD P. C.
111 SW Columbia St., Suite 800
Portland, Oregon 97201
P:  503.227.2424 | F: 503.227.2535

of this action.

## THE REMOVED CASE

1.

The removed case is a state-law action alleging claims of negligence, violations of the Oregon Employer Liability Law, and violations of the Oregon Safe Employment Act.

## PAPERS FROM REMOVED ACTION

2.

Pursuant to 28 U.S.C. § 1446(a), PII attaches to this Notice of Removal a copy of all process, pleadings, and orders served on the defendants in the state-court action. *See* Exhibit 1, attached hereto.

## THE REMOVAL IS TIMELY

3.

Under 28 U.S.C. § 1446(b), a defendant must file a notice of removal within 30 days after receiving the complaint. Here, service of the Complaint and Summons occurred on October 29, 2024, when PII formally accepted service. *See* Exhibit 1.  Accordingly, this removal is timely.

## VENUE IS PROPER

4.

Under U.S.C. § 1441(a), a removable state-court case should be removed to "the district and division embracing the place where such action is pending." Plaintiff filed his Complaint in the Multnomah County Circuit Court in Multnomah County, Oregon. *See* Exhibit 1. Multnomah County, Oregon is within the United States District Court for the District of Oregon, Portland Division. The Portland Division is therefore the proper venue for initial removal.

SMITH FREED EBERHARD P. C.
111 SW Columbia St., Suite 800
Portland, Oregon 97201
P:  503.227.2424 | F: 503.227.2535

**THIS COURT HAS DIVERSITY JURISDICTION**

5.

Under 28 U.S.C § 1441(a), a party may remove to federal court any state-court action "of which the district courts of the United States have original jurisdiction . . . ." A district court has original jurisdiction over any matter where "the matter in controversy exceeds the sum or value of $ 75,000" and the parties are "[c]itizens of different states." 28 U.S.C. § 1332(a). An action is one between citizens of different states when each plaintiff is a citizen of a different state than each defendant. *Caterpillar Inc. v. Lewis*, 519 U.S. 61, 68, 117 S. Ct. 467, 472 (1996). Here, the Court has jurisdiction because, upon information and belief, Plaintiff is a citizen of Oregon and PII is a citizen of the State of California and the State of Arizona. Plaintiff has pleaded that the amount in controversy is $1,854,065.85.

6.

Upon information and belief, Plaintiff is now — and was at the time he filed his complaint — a citizen and domiciliary of the State of Oregon.

7.

PII is — and was at the time Plaintiff filed his Complaint — a California Corporation with its principal place of business in Arizona. *See*, Exhibit 2. PII is therefore a citizen of the States of California and Arizona. *See* 28 U.S.C. §1332(c)(1).

8.

Because Plaintiff is a citizen of Oregon, and Defendant is a citizen of other States, complete diversity exists under 28 U.S.C. § 1332.

Page 3    **DEFENDANT PETROCHEM INSULATION, INC'S**    445i1
        **NOTICE OF REMOVAL**

SMITH FREED EBERHARD P. C.
111 SW Columbia St., Suite 800
Portland, Oregon 97201
P: 503.227.2424 | F: 503.227.2535

9.

The amount in controversy exceeds $75,000 exclusive of interest and costs. When removal is based on diversity jurisdiction, "the sum demanded in good faith in the initial pleading shall be deemed the amount controversy." 28 U.S.C. § 1446(c)(2). Although PII does not concede that Plaintiff is owed any amount, the Complaint prays for monetary relief of $1,854,065.85. *See* Exhibit 1.

10.

Because (i) this action is a civil action pending within the judicial district of the United States District Court for the District of Oregon, Portland Division; (ii) this action is between citizens of different states; and, (iii) the amount in controversy exceeds $75,000, exclusive of interest and costs, removal is proper under 28 U.S.C. §§ 1332 and 1441(a).

**FILING OF REMOVAL PAPERS**

11.

Pursuant to 28 U.S.C. § 1446(d), PII will promptly file a copy of this Notice of Removal with the Multnomah County Circuit Court, Multnomah County, Oregon, and will serve a copy of the same upon counsel for Plaintiff.

**CONSENT AND JOINDER**

12.

PII is the sole defendant in this action. Therefore, pursuant to 28 U.S.C. § 1446(b)(2) and as reflected by the signature of counsel, below, all Defendants who have been properly joined and served consent to and join in the removal of this action.

## <u>NO WAIVER OF DEFENSES OR OBJECTIONS</u>

15.

By filing this Notice of Removal, PII does not consent to personal jurisdiction, does not concede that this Court is a convenient forum, and does not waive any of their defenses or objections under Rule 12 of the Federal Rules of Civil Procedure. *See, e.g. Nationwide Eng'g & Control Sys., Inc. v. Thomas*, 837 F.2d 345, 347 - 48 (8th Cir. 1988) ("Removal, in itself, does not constitute a waiver of any right to object to lack of personal jurisdiction"); *Fields v. Sedgwick Associated Risks, Ltd.,* 796 F.2d 299, 300-01 (9th Cir. 1986); *Schnabel v. Lui*, 302 F.3d 1023, 1037 (9th Cir. 2002).  PII reserves the right to amend or supplement this Notice of Removal.

WHEREFORE, PII hereby removes this action from the Multnomah County Circuit Court, Multnomah County, Oregon, to the United States District Court for the District of Oregon, Portland Division. Should any question arise as to the removal of this matter, PII respectfully requests an opportunity to conduct appropriate discovery and/or to provide briefing and oral argument as to why removal is proper.

DATED this 26 day of November 2024.

SMITH FREED EBERHARD P.C.


By:*/s/ Sean K. Conner*
Ryan J. McLellan, OSB No. 023908
rmclellan@smithfreed.com
Sean K. Conner, OSB No. 132518
sconner@smithfreed.com
Of Attorneys Petrochem Insulation, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on November 26, 2024, I served a copy of **DEFENDANT PETROCHEM, INC'S NOTICE OF REMOVAL** on:

Lance Youd
Lance D. Youd, Attorney at Law
1596 Liberty St. SE
Salem, OR 97302
Fax No: 503-399-0545
lance@youdlaw.com
*Of Attorneys for Plaintiff*

 X     By mailing a copy thereof, placed in a sealed envelope addressed as listed above and deposited in the United States mail at Portland, Oregon, and that postage thereon was fully prepaid.

 X     By email at the email address listed above.  (ORCP 9G.)

_____   By facsimile at the telephone number listed above.  (ORCP 9F.)

_____   Electronically by the court's eFiling system.  Service was accomplished at the party's email address as recorded on the date of service in the eFiling system.  (UTCR 21.100.)

SMITH FREED EBERHARD P.C.


By:   */s/ Sean K. Conner*
Ryan J. McLellan, OSB No. 023908
Email: rmclellan@smithfreed.com
Sean K. Conner, OSB No. 132518
Email: sconner@smithfreed.com
*Of Attorneys for Defendant*

SMITH FREED EBERHARD P. C.
111 SW Columbia Street, Suite 800
Portland, Oregon 97201
P:  503.227.2424 | F:  503.227.2535